Case: 1:23−mj−00224  
Assigned To : Harvey, G. Michael  
Assign. Date : 8/21/2023  
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

On or about August 12, 2023, a Drug Enforcement Administration ("DEA") confidential source ("CS") negotiated a deal to purchase five (5) kilograms of cocaine mixed with fentanyl from Jorge Leonardo CRUZ MALDONADO (who has since been charged via complaint with conspiracy to distribute more than 500 grams or more of cocaine and a detectable amount of fentanyl and distribution of 500 grams or more of cocaine in 23-mj-210). As explained further below, CRUZ MALDONADO, Francisco Alexander ROSALES DIAZ, and Erik RIVERA GARCIA, and others, are engaged in a conspiracy to possess with the intent to distribute cocaine.

On or about August 12, 2023, CRUZ MALDONADO called the CS to inform him that he had five (5) kilograms of cocaine to sell to the CS. He further stated that he was bringing another individual who would bring a firearm to ensure that the deal went through without any issues. The CS and CRUZ MALDONADO agreed to meet at a Costco parking lot in Northeast, Washington, D.C. on August 18, 2023, to complete the drug deal.

On or about August 18, 2023, at approximately 11:36 AM, CRUZ MALDONADO arrived at the pre-determined location, the Costco parking lot, located at 2441 Market St NE, Washington, DC 20018, to conduct the drug deal. CRUZ MALDONADO arrived in a four-door 2016 silver Hyundai Elantra (D.C. plate JF5037). CRUZ MALDONADO was in the front driver's seat driving the vehicle. Rather than bringing one individual, as he previously represented, CRUZ MALDONADO brought two individuals to the drug deal—ERIK RIVERA GARCIA ("GARCIA") was subsequently identified as the front seat passenger and FRANCISCO ALEXANDER ROSALES DIAZ ("ROSALES DIAZ") was subsequently identified as the backseat passenger. No other individuals were present in the vehicle.

When the three arrived, ROSALES DIAZ exited the rear passenger side of the vehicle with a ski mask covering his face while walking towards the "CS" vehicle. He then stood at the rear of the CS vehicle for a moment before returning to the silver Hyundai Elantra. A short time thereafter, DEA agents approached all three individuals in the Hyundai Elantra and detained them.

RIVERA GARCIA was extracted by DEA agents from the front passenger seat and taken into custody. DEA agents observed that there was a revolver immediately to the left of RIVERA GARCIA in between the passenger seat and the center console. The revolver was seized and subsequently determined to be a grey/tan Smith and Wesson Hammerless, .38 caliber, Special Revolver (Serial No. DDD6926), loaded with five (5) .38 caliber rounds in the cylinder. Additionally, agents also seized, from on top of the front passenger seat, a mylar bag containing four (4) .38 caliber rounds. DEA agents also seized, from the location where RIVERA GARCIA's feet had been, in the front passenger side well of the vehicle, a black and white canvas bag with the word "GUCCI" on the front. Inside that bag were two double bagged plastic shopping bags, each containing a white powdery substance with a total combined approximate weight of 3.638 kilograms of a white powdery substance. In my training and experience, I know this substance to be consistent with that of cocaine powder and that 3.638 kilograms is a large amount of narcotics consistent with possession with intent to distribute. DEA field-testing of the substance indicated that the powder tested positive for the presence of cocaine.

DEA agents extracted ROSALES DIAZ from the rear driver's side of the vehicle, and he was taken into custody. DEA agents found, in ROSALES DIAZ's front right pocket, one black magazine containing nine (9) rounds of 9mm ammunition. At ROSALES DIAZ's feet, in the rear driver's side of the vehicle underneath the driver's seat, agents found a firearm, specifically: a privately made firearm ("PMF"), Polymer 80, 9mm semiautomatic pistol with a 30-round extended magazine containing 22 rounds of 9mm ammunition with 1 round of 9mm ammunition in the chamber. After his arrest, ROSALES DIAZ was provided his Miranda Warnings in the Spanish language, which he stated he understood by signing the form, and agreed to speak with agents. ROSALES DIAZ stated that he possessed the PMF firearm, found underneath the rear of the driver's seat, to protect the drugs they were delivering. He further stated that he was hired muscle for the drug deal on August 18, 2023, and that the gun belonged to him.

Accordingly, I submit that there is probable cause to believe that ROSALES DIAZ and GARCIA have each violated 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(ii) (Conspiracy to Distribute 500 Grams or More of Cocaine); and 18 U.S.C. § 924(c) (Possession of a firearm in furtherance of a drug trafficking offense).

_____
SPECIAL AGENT BRIAN B. CHARLES
DRUG ENFORCEMENT ADMINISTRATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this \_\_\_\_\_ day of August 2023.*

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE